IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 19-cv-00867-KMT

KELVIN TIVIS,

    Plaintiff,

v.

ROBERT COMSTOCK, in his personal capacity,
RONALD CARTER, in his personal capacity,
BRIAN MAKOFSKE, in his personal capacity,
KOREY HUTCHINSON, in his personal capacity, and
OTHER OFFICERS UNKNOWN AT THIS TIME, in their personal capacity,

    Defendants.

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff, Kelvin Tivis, and Defendants, Robert Comstock, Ronald Carter, Brian Makofske, and Korey Hutchison, (Collectively, the "parties"), by and through their respective counsel, hereby move this Court pursuant to Federal Rule of Civil Procedure 16(b)(4) to amend the scheduling order.

**I. Certification**

Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel is providing a copy of this motion to their respective clients.

**II. Motion**

1.     On April 23, 2020, this Court entered the scheduling order in the action. (Doc. # 32).

2. As set forth in the order, initial Rule 26(a)(1) disclosure were to be made on April 21, 2020. Defendants made their disclosures on April 21, 2020. Plaintiff made his on May 1, 2020. On May 4, 2020, Defendants requested documents listed in Plaintiff's disclosures. The document disclosure did not occur until June 3, 2020 due to a computer crash.

3. On June 19, 2020, Defendants' first set of interrogatories, requests for production and admission were propounded. Plaintiff provided his responses on August 12, 2020. Plaintiff also provided a release in lieu of providing documents in response to requests for production. It will take additional time for Defendants to obtain documents from Plaintiff's treatment providers.

4. Delays in receiving initial disclosures and discovery responses, and the current case posture make the current deadlines set out in the scheduling order extremely difficult to meet.

5. Accordingly, the parties propose the following modifications to the scheduling order:

Section 9 "CASE PLAN AND SCHEDULE"

Subsection b. Discovery Cut-off:

    Current deadline: December 31, 2020;
    **Proposed new deadline: March 8, 2021**

Subsection c. Dispositive Motion Deadline:

    Current deadline: February 16, 2021;
    **Proposed new deadline: April 23, 2021**

Subsection d. Expert Witness Disclosure, subsection 3. Designation of experts

    Current deadline: October 30, 2020;
    **Proposed new deadline: January 7, 2021**

Subsection d. Expert Witness Disclosure, subsection 3. Designation of rebuttal experts

    Current deadline: November 30, 2020
    **Proposed new deadline: February 4, 2021**

Subsection f. Deadline for Interrogatories

    Current deadline: November 20, 2020
    **Proposed new deadline: January 27, 2021**

Subsection g. Deadline for Requests for Production of Documents and/or Admissions

    Current deadline: November 20, 2020
    **Proposed new deadline: January 27, 2021**

WHEREFORE, for the foregoing reasons, it is respectfully requested that the Court find good cause and modify the scheduling order as outlined above.

Respectfully submitted this 24th day of August, 2020.

    OFFICE OF THE CITY ATTORNEY
    Wynetta P. Massey, City Attorney

    */s/ W. Erik Lamphere*
    W. Erik Lamphere, Division Chief - Litigation
    30 S. Nevada Ave., Suite 501
    Colorado Springs, Colorado 80903
    Telephone: (719) 385-5909
    Facsimile: (719) 385-5535
    erik.lamphere@coloradosprings.gov
    Attorneys for Officers Comstock, Carter, Makofske and Hutchison

    */s/ Joshua Tolini*
    Joshua N. Tolini, Esq.
    Barker & Tolini, P.C.
    720 S. Tejon St.
    Colorado Springs, Colorado 80903
    Telephone: (719) 227-0230
    Facsimile: (719) 227-0964
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 24th day of August, 2020, I electronically filed the foregoing **JOINT MOTION TO AMEND SCHEDULING ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joshua N. Tolini (joshuatolini@hotmail.com)
*Attorneys for Plaintiff*

                                           */s/Donnielle Davis*
                                           Donnielle Davis
                                           Legal Secretary