IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 19-cv-00867-KMT

KELVIN TIVIS,

     Plaintiff,

v.

ROBERT COMSTOCK, in his personal capacity,
RONALD CARTER, in his personal capacity,
BRIAN MAKOFSKE, in his personal capacity,
KOREY HUTCHINSON, in his personal capacity, and
OTHER OFFICERS UNKNOWN AT THIS TIME, in their personal capacity,

     Defendants.

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

     Defendants, Robert Comstock, Ronald Carter, Brian Makofske, and Korey Hutchison, by and through the Office of the City Attorney, hereby move this Court pursuant to Federal Rule of Civil Procedure 16(b)(4) to amend the scheduling order.

**I. Certifications**

     Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel is providing a copy of this motion to his clients.

     Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned counsel has conferred with Plaintiff's counsel and is authorized to state that <u>Plaintiff agrees with extending the deadlines</u>.

**II. Motion**

1.	On April 23, 2020, this Court entered the scheduling order in the action. (Doc. # 32). On August 25, 2020, this Court granted a joint request by the parties to modify the scheduling order to extend particular deadlines. (Doc. # 34).

2.	On June 19, 2020, Defendants' first set of interrogatories, requests for production and admission were propounded. Plaintiff provided his responses on August 12, 2020. Plaintiff also provided a release in lieu of providing documents in response to requests for production. Shortly after receiving the releases, Defendants sent the releases to the Department of Veterans Affairs (the "VA") and other treatment providers. After following up with the VA on multiple occasions, Defendants finally received the requested information on November 13, 2020. The VA released over 1,300 pages of documents.

3.	Because of the significant amount of information received by the VA and extended period of time it took to obtain the information, Defendants are requesting that the scheduling order be amended as follows:

Section 9 "CASE PLAN AND SCHEDULE"

Subsection b. Discovery Cut-off:

> Current deadline: March 8, 2021;
> **Proposed new deadline: April 5, 2021**

Subsection c. Dispositive Motion Deadline:

> Current deadline: April 23, 2021;
> **Proposed new deadline: May 21, 2021**

Subsection d. Expert Witness Disclosure, subsection 3. Designation of experts:

> Current deadline: January 7, 2020;
> **Proposed new deadline: February 11, 2021**

Subsection d. Expert Witness Disclosure, subsection 3. Designation of rebuttal experts:

> Current deadline: February 4, 2020

**Proposed new deadline: March 11, 2021**

WHEREFORE, for the foregoing reasons, it is respectfully requested that the Court find good cause and modify the scheduling order as outlined above.

Respectfully submitted this 24th day of November, 2020.

OFFICE OF THE CITY ATTORNEY
Wynetta P. Massey, City Attorney


*/s/ W. Erik Lamphere*
W. Erik Lamphere, Division Chief - Litigation
30 S. Nevada Ave., Suite 501
Colorado Springs, Colorado 80903
Telephone:  (719) 385-5909
Facsimile:  (719) 385-5535
erik.lamphere@coloradosprings.gov
*Attorneys for Officers Comstock, Carter, Makofske and Hutchison*

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on the 24th day of November, 2020, I electronically filed the foregoing **UNOPPOSED MOTION TO AMEND SCHEDULING ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joshua N. Tolini (joshuatolini@hotmail.com)
*Attorneys for Plaintiff*

*/s/Donnielle Davis*
Donnielle Davis
Legal Secretary

3