IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00867-PAB-KMT

KELVIN TIVIS,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality,
ROBERT COMSTOCK, in his personal capacity,
RONALD CARTER, in his personal capacity,
BRIAN MAKOFSKE, in his personal capacity,
KOREY HUTCHINSON, in his personal capacity, and
OTHER OFFICERS UNKNOWN AT THIS TIME, in their personal capacity,

    Defendants.

---

**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

---

Plaintiff, Kelvin Tivis, by and through his attorney, Joshua Tolini, hereby moves this Court pursuant to Federal Rule of Civil Procedure 16(b)(4) to amend the scheduling order.

**I. Certifications**

Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel is providing a copy of this motion to his client.

Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned counsel has conferred with Defendants' counsel and is authorized to state that the Defendants agree with extending the deadlines.

7

**II. Motion**

1. On April 23, 2020, this Court entered the scheduling order in the action. (Doc. #32). On August 25, 2020, this Court granted a joint request by the parties to modify the scheduling order to extend particular deadlines. (Doc. # 34).

2. In early December the parties began good faith negotiations to try to resolve the above action. While there is not an agreement at this point and time, significant progress has been made.

3. Both parties would prefer to delay discovery momentarily to avoid unnecessary expenses in case a negotiated settlement can be obtained. Counsel for Mr. Tivis and counsel for the Defendants are conferring with there clients and plan to meet in late January with hopes of a reaching a resolution. Plaintiff is requesting that the scheduling order be amended as follows:

Section 9 ĩCASE PLAN AND SCHEDULEò

Subsection b. Discovery Cut-off:

Current deadline: April 5, 2021;

Proposed new deadline: June 7, 2021

Subsection c. Dispositive Motion Deadline:

Current deadline: May 21, 2021;

Proposed new deadline: July 19, 2021

Subsection d. Expert Witness Disclosure, subsection 3. Designation of experts:

Current deadline: February 11, 2021;

Proposed new deadline: April 12, 2021

Subsection d. Expert Witness Disclosure, subsection 3. Designation of rebuttal

experts:

 Current deadline: March 11, 2021

 Proposed new deadline: May 10, 2021

 WHEREFORE, for the foregoing reasons, it is respectfully requested that the Court find good cause and modify the scheduling order as outlined above.

Respectfully submitted this January 15, 2021

  s/ Joshua Tolini

JoshuaTolini
720 South Tejon Street
Colorado Springs, Colorado 80903

Attorney for Plaintiff